

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00289-CR

## EX PARTE KEITH RUSSELL

**From the 361st District Court[1]**
**Brazos County, Texas**
**Trial Court No. 23-01878-CRM-361**

## MEMORANDUM  OPINION

On September 28, 2023, Keith Russell filed a *pro se* notice of appeal from the trial court's order denying his pretrial habeas corpus application seeking bail reduction. The trial court's order was signed by an associate judge on May 25, 2023. *See* TEX. GOV'T CODE ANN. § 54A.013 (stating that "[n]ot later than the 30th day after the date an action is taken by an associate judge, a referring court may modify correct, reject, reverse, or recommit for further information the action taken by the associate judge" and that "[i]f the court does not modify, correct, reject, reverse, or recommit an action to the associate judge, the action becomes the decree of the court"). Texas Rule of Appellate Procedure 26.2(a)(1)

---

[1] The case was pending in County Court at Law No. 2 when the order appealed from was signed; however, by the time the notice of appeal was filed, the case had been transferred to the 361st District Court.

requires an appellant's notice of appeal to be filed within thirty days after the day the trial court enters an appealable order. TEX. R. APP. P. 26.2(a)(1). Russell's notice of appeal is therefore untimely, and we have no jurisdiction of an untimely appeal. *See id.*; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). For the reasons stated, this appeal is dismissed.

Notwithstanding that we are dismissing this appeal, Russell may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Russell desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed October 19, 2023
Do not publish
[CR25]

